IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HUSSEIN JEBRIL,          )
                      )
    Plaintiff,       )
                      )
v.                   )     CASE NO. CV417-232
                      )
ELAINE DUKE, Acting Secretary, )
Department of Homeland Security; )
L. FRANCIS CISSNA, Director,   )
Citizenship and Immigration    )
Services; DENISE FRAZIER,      )
District Director, Citizenship  )
and Immigration Services; and   )
KRISTIAN PARKER, Field Office   )
Director, Citizenship and     )
Immigration Services;         )
                      )
    Defendants.      )
                      )

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
_____
_____ 1 25 20 18
_____
Deputy Clerk

**O R D E R**

Before the Court is the parties' Consent Motion to Dismiss. (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this *25ᵗʰ* day of January 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA